# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

No. 1D19-2757

————————————————

ARNOLD THOMAS,

    Petitioner,

v.

VICKI T. THOMAS,

    Respondent.

————————————————

Petition for Writ of Mandamus—Original Jurisdiction.

August 22, 2019

PER CURIAM.

The amended petition for writ of mandamus is denied on the merits.

RAY, C.J., and BILBREY and WINOKUR, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Arnold Thomas, pro se, Petitioner.

No appearance for Respondent.